UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE A. ANDERSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL NO. 3:10CV1832 (RNC) |
| : | |
| MICHAEL J. ASTRUE, : | |
| COMMISSIONER OF : | |
| SOCIAL SECURITY, : | |
| : | |
| DEFENDANT. : | |

### **SUPERSEDING SCHEDULING ORDER**

The plaintiff, proceeding pro se, filed this action on November 22, 2010. On February 22, 2011, the defendant, Commissioner of Social Security, filed an Answer with the Administrative Record. (Doc. #9.) The initial deadlines for the filing of dispositive motions having passed, it is hereby ORDERED that the plaintiff shall file a motion and a supporting memorandum of law by May 2, 2011 and the defendant shall file a motion and supporting memorandum of law by June 6, 2011.

SO ORDERED at Hartford, Connecticut this 8th day of April, 2011.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge