```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

BRUCE ANDERSON,                 :
                                :
     Plaintiff                  :
                                :
     v.                         :     CASE NO. 3:10cv1832(RNC)
                                :
MICHAEL J. ASTRUE,              :
COMMISSIONER OF SOCIAL          :
SECURITY,                       :
                                :
     Defendant.                 :
```

RULING ON PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL

The plaintiff seeks appointment of pro bono counsel. (Doc. #16.)  For the reasons set forth below, the plaintiff's request is denied without prejudice.

The Second Circuit repeatedly has cautioned the district courts against the routine appointment of counsel.  See, e.g., Hendricks v. Coughlin, 114 F.3d 390, 393 (2d Cir. 1997).  The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel or legal assistance on his own.  See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986).

The plaintiff did not indicate that he has contacted any lawyers to seek assistance with his case.  Accordingly, the court cannot conclude at this time that the plaintiff will be unable to obtain legal assistance on his own.

The plaintiff's request for appointment of counsel is hereby DENIED without prejudice as premature.  Any future motion shall

include information on attempts to obtain legal assistance.

    SO ORDERED this 14th day of September 2011, at Hartford, Connecticut.

                                               /s/
                               Donn F. Martinez
                               United States Magistrate Judge